HENRY ROMEIKE, INC., Appellant, v. ALBERT ROMEIKE & CO., INC., Respondent.

*Romeike* v. *Romeike & Co.*, 179 App. Div. 712, affirmed.

(Argued May 28, 1919; decided July 15, 1919.)

APPEAL from a judgment, entered November 19, 1917, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to enjoin the defendant from using the name " Romeike " as part of its corporate name and from engaging in unfair and fraudulent competition with the plaintiff. The Appellate Division held that there was no evidence of any dishonest use by defendant of its corporate name, nor any resort to artifice or deceit to mislead the public or to cause confusion as to the identity of the respective businesses of plaintiff and defendant.

*Harry D. Nims* for appellant.

36

*Henry Schoenherr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.